UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAIN LAMMEY, | Case No. 2:21-cv-00327-KJM-CKD |
| Plaintiff, | |
| v. | ORDER |
| BANEY CORPORATION, an Oregon Corporation; | |
| Defendant, | |

## ORDER

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

DATED: December 22, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE